**United States District Court**
For the Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LELAND H MANHART, ERIKA G MANHART<br><br>    Plaintiffs,<br>    v.<br><br>METLIFE HOME LOANS, A DIVISION OF METLIFE BANK, N.A., and QUALITY LOAN SERVICE CORP.,<br>    Defendants. | Case No.: 10-MC-80299-LHK<br><br>ORDER REGARDING PROPER VENUE |

Plaintiffs filed a document titled "Notice of Lis Pendens" in the San Jose Division of this Court on December 1, 2010. The Plaintiffs' filings refer to real property in Livermore, California. Because Livermore is in the County of Alameda, filings relating to this property are properly venued in the San Francisco or Oakland Divisions of this Court, not the San Jose Division. See Civil Local Rule 3-2(d) ("[A]ll civil actions which arise in the counties of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Francisco, San Mateo or Sonoma shall be assigned to the San Francisco Division or the Oakland Division.").

The Plaintiffs are directed to file any future filings relating to the Livermore property in the San Francisco or Oakland Divisions of this Court.

**IT IS SO ORDERED.**

1

Case No.: 10-MC-80299-LHK
ORDER REGARDING PROPER VENUE

Dated: December 13, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-MC-80299-LHK
ORDER REGARDING PROPER VENUE