UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LELAND H MANHART, ERIKA G MANHART,<br><br>        Plaintiffs,<br>    v.<br><br>METLIFE HOME LOANS, A DIVISION OF METLIFE BANK, N.A., and QUALITY LOAN SERVICE CORP.,<br>        Defendants. | Case No.: 10-MC-80299-LHK<br><br>ORDER DIRECTING REASSIGNMENT TO SAN FRANCISCO OR OAKLAND DIVISION |

Plaintiffs filed a document titled "Notice of Lis Pendens" in the San Jose Division of this Court on December 1, 2010. The Plaintiffs' filings refer to real property in Livermore, California. Because Livermore is in the County of Alameda, filings relating to this property are properly venued in the San Francisco or Oakland Divisions of this Court, not the San Jose Division. *See* Civil Local Rule 3-2(d) ("[A]ll civil actions which arise in the counties of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Francisco, San Mateo or Sonoma shall be assigned to the San Francisco Division or the Oakland Division.").

Accordingly, the Clerk shall REASSIGN this matter to the San Francisco or Oakland Division of this Court.

1

Case No.: 10-MC-80299-LHK
ORDER DIRECTING REASSIGNMENT TO SAN FRANCISCO OR OAKLAND DIVISION

1 **IT IS SO ORDERED.**

2 Dated: January 5, 2011

3 _____
LUCY H. KOH
United States District Judge

2

Case No.: 10-MC-80299-LHK
ORDER DIRECTING REASSIGNMENT TO SAN FRANCISCO OR OAKLAND DIVISION