**\*E-Filed 4/6/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LELAND H. MANHART and ERIKA G. MANHART,<br><br>            Plaintiffs,<br><br>    v.<br><br>MELIFE HOME LOANS, a division of Metlife Bank, N.A. and QUALITY LOAN SERVICE CORPORATION,<br><br>            Defendants._____/ | No. C 10-80299 RS<br><br>**ORDER CLOSING FILE** |

As set out in the Court's Order on February 14, 2011, this file was opened when Leland and Ericka Manhart lodged documents that did not constitute a complaint and paid the filing fee for a miscellaneous action. As it was unclear whether the Manharts intended to initiate a suit, the Court instructed them to pay the filing fee for a complaint within 30 days or the case would be closed. Although the Manharts have filed additional documents, they have not paid the filing fee or otherwise responded to the Court's Order. Moreover, they have failed to keep the Court apprised of their current address, as mail to them is returned undeliverable. Accordingly, the Clerk shall close this file.

IT IS SO ORDERED.

Dated:  4/6/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Leland H. Manhart**
737 Catalina Drive
Livermore, CA 94550

**Erika G. Manhart**
737 Catalina Drive
Livermore, CA 94550

DATED:  4/6/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

No. C 10-80299 RS
ORDER CLOSING FILE